fornia, and *William J. Power,* Deputy Attorney General, for appellees.

No. 588. SPIELVOGEL *v.* FORD, COMMISSIONER, DEPARTMENT OF WATER SUPPLY, GAS AND ELECTRICITY OF THE CITY OF NEW YORK, ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Herman J. Zawin* and *I. Stanley Stein* for appellant. *Peter Campbell Brown, Seymour B. Quel* and *Anthony Curreri* for appellees.

No. 341, Misc. SCHON *v.* SCHON. *Per Curiam:* The appeal is dismissed for want of jurisdiction.

No. 394, Misc. LEIGHT *v.* SCHECHTER, PERSONNEL DIRECTOR AND CHAIRMAN, MUNICIPAL CIVIL SERVICE COMMISSION, ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. The petition for writ of certiorari is denied. Appellant-petitioner *pro se. Peter Campbell Brown* and *Seymour B. Quel* for appellees-respondents.